**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Frederick W. Repetsky Jr. and Kimberly L. Repetsky <br>            Debtor(s) <br><br>Servis One, Inc. DBA BSI Financial Services, or its Successor or Assignee <br>            Movant <br>        vs. <br><br>SCOTT F. WATERMAN (Chapter 13), Trustee Frederick W. Repetsky Jr. and Kimberly L. Repetsky <br>            Respondent(s) | Chapter 13 <br>Bankruptcy No. 24-12710-amc |

## MOTION OF SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, OR ITS SUCCESSOR OR ASSIGNEE FOR RELIEF FROM AUTOMATIC STAY UNDER ' 362(a)

Movant: Servis One, Inc. DBA BSI Financial Services, or its Successor or Assignee

Mortgage dated September 8, 2017, and recorded September 14, 2017 in the Office of the Recorder of Philadelphia County as Instrument Number: 53265799.

Assignment of Mortgage dated November 20, 2019 and recorded November 26, 2019 in the Office of the Recorder of Philadelphia County as Instrument Number: 53597059.

Corrective Assignment of Mortgage dated December 7, 2021 and recorded January 26, 2022 in the Office of the Recorder of Philadelphia County as Instrument Number: 53956399.

1. Servis One, Inc. DBA BSI Financial Services, or its Successor or Assignee (hereinafter "Movant") holds a claim secured by a duly recorded Mortgage on property of Frederick W. Repetsky Jr. and Kimberly L. Repetsky, or of the bankruptcy estate located at: 8128 Ridge Ave, Philadelphia, Pennsylvania 19128.

2. Frederick W. Repetsky Jr. and Kimberly L. Repetsky (hereinafter "Debtors") filed a Petition under Chapter 13 on August 5, 2024.

3. As of June 23, 2025, the Mortgage requires payments each month of $2,210.45.

4. Movant has not received regular mortgage payments and lacks adequate protection of its interests.

5. As of June 23, 2025, Debtors are in default of post-petition payments to the present date from April, 2025.

6. The total amount of the post-petition arrearage as of June 23, 2025 is $5,341.80. This figure is broken down as follows:

- Three (3) delinquent payments of $2,210.45 for the months of April, 2025 through June, 2025

- Less suspense balance of $1,289.55

7. June 23, 2025, Movant has incurred attorneys' fees in connection with this Motion.

8. Movant does not have and has not been offered adequate protection for its interest in said premises and may be required to pay expenses for said premises in order to preserve its lien, which is the obligation of the Debtors under said Mortgage.

9. Movant specifically requests permission from the Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

10. Upon execution and entry of the Order granting the relief requested, the requirements specified in both (1) Fed. R. Bankr. P. 3002.1 (b) regarding Notice of Mortgage Payment Changes and (2) Fed. R. Bankr. P. 3002.1 (c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case.

WHEREFORE, Movant prays for an order modifying the automatic stay of Bankruptcy Code '362(a) to permit Movant to foreclose its Mortgage and to exercise any other rights it has under the Mortgage or with respect to the mortgaged property such actions may include but are not limited to selling the property at Sheriff Sale, entering into a loan modification or signing a deed in lieu of foreclosure; and

Further, granting Movant permission from this Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

/s/ Marisa Myers Cohen
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Servis One, Inc. DBA BSI Financial Services
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com