**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Frederick W. Repetsky Jr. and Kimberly L. Repetsky | Chapter 13 |
| | Bankruptcy No. 24-12710-amc |
| Debtors | |
| Servis One, Inc. DBA BSI Financial Services, or its Successor or Assignee | |
| Movant | |
| vs. | |
| SCOTT F. WATERMAN (Chapter 13), Trustee Frederick W. Repetsky Jr. and Kimberly L. Repetsky Respondents | |

**<u>SETTLEMENT STIPULATION</u>**

WHEREAS, on August 5, 2024, Frederick W. Repetsky Jr. and Kimberly L. Repetsky (the "Debtors") filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania;

WHEREAS, on July 29, 2025, Servis One, Inc. DBA BSI Financial Services (Movant) filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(a) (the "Motion") regarding property located at: 8128 Ridge Ave, Philadelphia, Pennsylvania 19128;

WHEREAS, Movant and the Debtors are desirous of settling the dispute among and between themselves;

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed by and among counsel for Movant, by and through its attorneys, MARISA M. COHEN, ESQUIRE, and ANDREW M. LUBIN, ESQUIRE, and the Debtors, by and through their counsel, BRAD J. SADEK, ESQUIRE ("Debtors' Counsel") as follows:

1.      The parties hereby certify that the post-petition delinquency is $4,376.74, consisting of post-petition payments for the months of September 1, 2025 through October 1, 2025. Debtors' monthly mortgage payment is $2,188.37.  Debtor is credited with funds in suspense in the amount of $1,447.75 and Movant has incurred attorney fees and costs totaling $1,549.00, thereby increasing the post-petition arrears to $4,477.99.

2.	Within thirty (30) days of the date of this Stipulation, the Debtor shall file an Amended Chapter 13 Plan to provide cure for the balance of the post-petition delinquency in the amount of $4,477.99 as referenced in Paragraph 1 of this Stipulation.

3.	Upon filing of the Amended Chapter 13 Plan, Movant shall amend its Proof of Claim to include the balance of the post-petition delinquency in the amount of $4,477.99 as referenced in Paragraph 1 of this Stipulation.

4.	Debtor shall resume making regular monthly mortgage payments in the amount. of $2,188.37 beginning on November 1, 2025

5.	All payments are to be made payable to Servis One, Inc. DBA BSI Financial Services at the following address:

BSI Financial Services
314 S. Franklin St. P.O. Box 517
Titusville, PA 16354

6.	The last four digits of your loan number 3178. Please remember to write your entire account number on the lower left-hand corner of your payment to ensure proper processing.

7.	Should Debtors fail to comply with any of the terms of this Stipulation, including but not limited to, failure to file an Amended Chapter 13 Plan providing for cure of the post-petition delinquency, failure to make the above described payments, or any regular monthly mortgage payment commencing after the cure of the post-petition delinquency, then Movant may send Debtors and counsel a written notice of default of this Stipulation.  If the default is not cured within ten (10) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court. Said Certification of Default may include a certification of Debtors' failure to pay subsequent payments that fall due after the date of the notice of default. Upon Certification, the Court shall enter an Order granting relief from the automatic stay as to the mortgaged property.

8.	In the event the Debtors convert their case to Chapter 11, the terms of this Stipulation shall remain in full force and effect.  In the event that Debtors convert their case to a Chapter 7, Debtors shall cure all pre-petition and post-petition arrears within ten (10) days of the date of conversion.  Failure to cure the arrears shall constitute an event of default under this Stipulation and Movant may send Notice

of Default and certify default as set forth in the preceding paragraph.

9.      Attorney fees and costs for issuing Notice to Cure, Notice / Certificate / Affidavit of

Default, and order for relief are recoverable and may be added to the arrearage.

10.      Counsel for Debtor has authority to settle this matter on behalf of his/her clients.

/s/ Andrew M. Lubin

_____

Marisa M. Cohen, Esquire
Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street
Suite 1501
Philadelphia, PA 19102
Attorney for Movant
11/7/2025

_____

Date


/s/ Brad J. Sadek

_____

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard
Ste 220
 Philadelphia, Pennsylvania 19102
Attorney for Debtors
11/7/2025

_____

Date


_/s/ Ann Swartz as staff attorney for _
SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
_11/10/2025_____
Date