## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:     Frederick W. Repetsky Jr. and Kimberly L. Repetsky<br><br>                        Debtor(s)<br><br><br>Servis One, Inc. DBA BSI Financial Services, or its Successor or Assignee<br>                        Movant<br>               vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Frederick W. Repetsky Jr. and Kimberly L. Repetsky<br>                   Respondent(s) | Chapter 13<br>Bankruptcy No. 24-12710 |

## CERTIFICATION OF DEFAULT

I, Andrew M. Lubin, attorney for Servis One, Inc. DBA BSI Financial Services, or its Successor or Assignee, in accordance with Settlement Stipulation approved by the Court November 10, 2025 and attached hereto as Exhibit "A", hereby certify the following:

1.        That Debtors, Frederick W. Repetsky Jr. and Kimberly L. Repetsky have failed to maintain payments as described in said Settlement Stipulation.

2.        That a Notice of Default was served upon Debtors and Debtors' counsel by United States Mail, first class, postage prepaid, on May 20, 2026; a true and correct copy of such Notice is attached hereto, made a part hereof, and marked as Exhibit "B"

3.        That ten (10) days have elapsed, and Debtors have failed to cure the delinquency.

4.        That upon filing this Certification, in accordance with the Settlement Stipulation, an Order shall be entered granting Servis One, Inc. DBA BSI Financial Services, or its Successor or Assignee relief from the automatic stay to foreclose its mortgage and, without limitation, to exercise any other rights it has under the mortgage or with respect to Debtor(s)' property located at 8128 Ridge Ave, Philadelphia, Pennsylvania 19128.

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Servis One, Inc. DBA BSI Financial Services
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com