# Exhibit B

LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC
SUITE 1105
1420 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 790-1010
**FAX** (215) 790-1274

May 20, 2026

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, Pennsylvania 19606
Via United States Mail

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, Pennsylvania 19102
Via United States Mail

Frederick W. Repetsky, Jr.
8128 Ridge Avenue
Philadelphia, Pennsylvania 19128
Via United States Mail

Kimberly L. Repetsky
8128 Ridge Avenue
Philadelphia, Pennsylvania 19128
Via United States Mail

U.S. Trustee
United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via United States Mail

Re:     Servis One, Inc. DBA BSI Financial Services or its Successor or Assignee  vs. Frederick
        W. Repetsky Jr. and Kimberly L. Repetsky
        Chapter 13/Bankruptcy No. 24-12710

Dear Parties:

We have been advised by our client that payment in accordance with the terms of the Stipulation approved by the Bankruptcy Court have not been made.

In order to cure the default, it will be necessary for your client to pay $6,498.87 three (3) payments in the amount of $2,188.37 each for the payments due March, 2026 through May, 2026 less suspense balance of $66.24), to become current under the Stipulation through, as well as all subsequent payments and late charges that fall due until the date of cure.

You are hereby notified that you have ten (10) days from the date of this letter in which to cure the default set forth above and to pay any subsequent payments that become due in the interim. At the expiration of the 10-day period, if the default has not been cured, I will file a Certification of Default with the Court in order to obtain an Order for relief from the Automatic Stay.

**McCabe, Weisberg & Conway is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

Very truly yours,

MARISA M. COHEN, ESQUIRE
ANDREW M. LUBIN, ESQUIRE
McCABE, WEISBERG & CONWAY, LLC
/lt